164th District Court
Harris County, Texas

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 9 2015

CHRISTOPHER A. PRINE
CLERK

CRESCENT M&P, LLC.   01-15-00328-CV
   Plaintiff

VS                   CAUSE NO. 2013-60906

Alisia Hargest-Davis
   Defendant

# MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

I, Alisia Hargest-Davis, respectfully request an extension to file a notice of Appeal on the above Cause No. 2013-60906 entered here in on February 24, 2015 by the Honorable Alexandra Smoots-Hogan.

NOTICE OF APPEAL was not filed within the required number of days because of Health issues that were beyond my control.

Alisia Hargest-Davis
P.O. Box 31098
Houston, Texas 77231
email - avhargestdavis@gmail.com
Appellant Pro Se

# CERTICATE OF SERVICE

I hereby certify that on this 8th day of April, 2015 I served the forgoing Notice of Appeal via email and/or fax to

Anthony W. Reed, Esq
Texas Bar No. 24029789
The Reed Law Group, PLLC.
3245 Main Street, Ste. 235-346
Frisco, Texas 75034
Tel: 469-579-5739
Fax: 214-975-6854